■ In the Matter of John R. Cassiliano, Petitioner, v Norman Steisel et al., Respondents. — Determination of respondent Sanitation Commissioner, dated February 10, 1982, unanimously modified to the extent of directing that

a pension be granted to petitioner by New York City Employees' Retirement System, and otherwise confirmed, without costs and without disbursements. (See *Matter of Rapp v New York City Employees' Retirement System*, 42 NY2d 1.) No opinion. Concur — Sandler, J. P., Ross, Carro, Fein and Kassal, JJ.